# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

17 MAY 30 PM 1:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MXN          DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

EMILIO GODOY,

        Defendant.

CASE NO. 16CR0723-BAS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\___ the Court has granted the motion of the defendant for a judgment of acquittal; or

\___ a jury has been waived, and the Court has found the defendant not guilty; or

\___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Information:

8:1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 23, 2017

Nita L. Stormes
U.S. Magistrate Judge